UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiffs,<br><br>　v.<br><br>LEENA DANIEL ARROYO-ORAIVEJ,<br><br>　　　　　　Defendant,<br>　v.<br><br>KOSNOSKI EYE CARE INC.,<br><br>　　　　　　Garnishee. | Case No. MC21-0086RSL<br><br>ORDER TO ISSUE WRIT OF<br>CONTINUING GARNISHMENT |

　　This matter comes before the Court on plaintiff's "Application for Writ of Continuing Garnishment" for property in which the defendant/judgment debtor, Leena Daniel Arroyo-Oraivej, has a substantial nonexempt interest and which may be in the possession, custody, or control of the garnishee, Kosnoski Eye Care Inc. The Court having reviewed the record in this matter, hereby ORDERS that the Clerk of Court issue the "Writ of Continuing Garnishment" (Dkt. # 1-3) and the "Notice to Defendant/Judgment Debtor" (Dkt. # 1-4) submitted by plaintiff's counsel on July 26, 2021. Pursuant to 28 U.S.C. § 3205(c)(3), plaintiff shall serve the defendant/judgment debtor and the garnishee with a copy of the writ and accompanying instructions.

　　Dated this 28th day of July, 2021.

　　　　　　　　　　　　　　　　　　　　　／s／ Robert S. Lasnik
　　　　　　　　　　　　　　　　　　　　　Robert S. Lasnik
　　　　　　　　　　　　　　　　　　　　　United States District Judge