# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO.  2:21-MC-00086-RSL |
| Plaintiff, | (2:04-CR-0103-1) |
| vs. | **Order Terminating Garnishment Proceeding** |
| LEENA DANIEL ARROYO-ORAIVEJ, | |
| Defendant/Judgment Debtor, | |
| and | |
| KOSNOSKI EYE CARE INC., | |
| Garnishee. | |

This matter came before the Court on the United States' Application to Terminate Garnishment Proceeding.  For the reasons stated in the United States' Application, the Court concludes that this Garnishment should be terminated, pursuant to 28 U.S.C. § 3205(c)(10)(A).

IT IS ORDERED that the garnishment is terminated and that Kosnoski Eye Care Inc. is relieved of further responsibility pursuant to this garnishment.

//

ORDER TERMINATING GARNISHMENT PROCEEDING
(*USA v. Leena Daniel Arroyo-Oraivej and Kosnoski Eye Care Inc.*, USDC#: 2:21-MC-00086-RSL/2:04-CR-0103-1)1

UNITED STATES ATTORNEY'S OFFICE
700 STEWART STREET, SUITE 5220
SEATTLE, WA 98101
PHONE: 206-553-7970

Dated this 5th day of March, 2022.

*[signature]*
JUDGE ROBERT S. LASNIK
UNITED STATES DISTRICT COURT JUDGE

Presented by:

s/ Kyle A. Forsyth
KYLE A. FORSYTH, WSBA # 34609
Assistant United States Attorney

ORDER TERMINATING GARNISHMENT PROCEEDING
(*USA v. Leena Daniel Arroyo-Oraivej and Kosnoski Eye Care Inc.*, USDC#: 2:21-MC-00086-RSL/2:04-CR-0103-1)2

UNITED STATES ATTORNEY'S OFFICE
700 STEWART STREET, SUITE 5220
SEATTLE, WA 98101
PHONE: 206-553-7970